THE HONORABLE RICARDO S. MARTINEZ

UNITED STATE DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| ANNA F. DANIELI,<br><br>    Plaintiff,<br><br>    v.<br><br>KING COUNTY, a municipal corporation; CITY OF BELLEVUE, a municipal corporation; KING COUNTY HEARING EXAMINER; REGIONAL ANIMAL SERVICES OF KING COUNTY; GENE EDWARD MUELLER, and marital community; TIM ANDERSON, and marital community; and DOES 1-10,<br><br>    Defendants. | Case No.: **3:21-CV-05163-RSM**<br><br>**PLAINTIFF'S MOTION FOR RELIEF FROM DEADLINE AND TO CONSOLIDATE MOTIONS**<br><br>**NOTE ON MOTION CALENDAR: Friday, April 16, 2021 Without Oral Argument** |

I.   RELIEF REQUESTED

PLAINTIFF, ANNA F. DANIELI ("Danieli"), pursuant to LCR 7(j) and LCR 7 (k), hereby requests that the District Court set over the King County Defendants'[1] Motion to

---

[1] Attorney, Amy Montgomery, filed a Notice of Removal on behalf of Defendants, King County, Regional Animal Service of King County (RASKC), Gene Edward Mueller, and Tim Anderson, together the ("King

MOTION FOR RELIEF FROM DEADLINE AND TO CONSOLIDATE MOTIONS
Case No.: 3:21-CV-05163-RSM
[PAGE 1 of 6]

Possinger Law Group
A Professional Limited Liability Company

20250 144th Avenue NE, Suite 205
Woodinville, Washington 98072
206-512-8030

Remand (Dkt #13) until Friday, April 30, 2021, and consolidate this motion with Danieli's Motion for Sanctions Pursuant to FRCP 11, to be heard on Friday, April 30, 2021.

Danieli will be filing her Response to the King County Defendants' Motion to Remand on Monday, April 12, 2021, in which Danieli will request the Court to impose on the King County Defendants attorney's fees and costs. Danieli will also be filing her Motion for Sanctions Pursuant to FCRP 11 on the same day, with a hearing set on April 30, 2021 pursuant to LCR 7(d)(3). Danieli will be requesting oral argument on her Motion for Sanctions.

## II.   RELEVANT FACTUAL AND PROCEDURAL BACKGROUND IN SUPPORT OF MOTION FOR RELIEF FROM DEADLINE AND TO CONSOLIDATE

On March 5, 2021, the King County Defendants filed a Notice of Removal with the United States District Court for the Western District of Washington, and also in the Pierce County Superior Court. For reasons that will be set out more fully in Plaintiff's Response to the Motion to Remand and in her Motion for Sanctions, the King County Defendants' filing with the District Court was made without either proper legal basis or good cause.

After making its initial filing of a Notice of Removal, the King County Defendants continued to file additional documents with the District Court, including

MOTION for Extension of Time to file responsive pleading to Plaintiff's Second Amended Complaint (Dkt #5), to which Plaintiff was required to respond. On March 15, 2021, Plaintiff's counsel sent the Defendants' counsel a written notice that the Plaintiff intends to seek sanctions against the Defendants on account of

---

County Defendants') Based on representations made by Attorney, Amy Montgomery in her filings in District Court, the Notice of Removal was made with the consent of the other Defendants.

MOTION FOR RELIEF FROM DEADLINE AND TO CONSOLIDATE MOTIONS
Case No.: 3:21-CV-05163-RSM
[PAGE 2 of 6]

Possinger Law Group
A Professional Limited Liability Company

20250 144th Avenue NE, Suite 205
Woodinville, Washington 98072
206-512-8030

misrepresentations contained in the filings along with the filing being legally baseless. The notice provided to all of the Defendants' counsel, included a proposed Motion for Sanctions pursuant to FRCP 11, in compliance with the 21-day safe harbor provision set out in FRCP 11(c)(2).

On March 23, 2021 counsel for the King County Defendants sent a proposed stipulated motion and order to remand for the other parties' review.  Plaintiff's counsel reviewed the documents proposed by the King County Defendants' counsel, Amy Montgomery. Although, Plaintiff's counsel agreed that the case should ultimately be remanded, and that as a general matter, stipulations are a preferred method of disposing certain motions, the proposed court filings were unacceptable as written.  The proposed stipulation was inaccurate, and misrepresented both facts and law to the District Court. Plaintiff's Counsel had intended to respond to Attorney Montgomery, but was delayed, and the King County Defendants' counsel filed their Motion to Remand before Plaintiff was able to respond.

The factual and legal issues contained in Plaintiff's Response to the Motion to Remand are substantially related to the factual and legal issues contained in Plaintiffs' Motion for Sanctions; when taken together the Plaintiff's Response and her Motion for Sanctions will provide the District Court will a full picture of the Defendants' conduct, which should subject them to fees, costs, and/or sanctions as determined by the District Court.

III. ARGUMENT

The local rules of District Court provide for both Relief from a Deadline LCR 7(j) and for Cross Motions LCR 7(k). In this case, the application of these rules to the present motions before the District Court should allow for the consolidation of the two motions to be heard at the same time (i.e. the latter of the two motions) on

MOTION FOR RELIEF FROM DEADLINE AND TO
CONSOLIDATE MOTIONS
Case No.: 3:21-CV-05163-RSM
[PAGE 3 of 6]

Possinger Law Group
A Professional Limited Liability Company

20250 144th Avenue NE, Suite 205
Woodinville, Washington 98072
206-512-8030

Friday, April 30, 2021. Consistent with LCR 7(j), Plaintiff has not relied upon the granting of this motion to respond to the King County Defendants' Motion for Remand, the filing of that Response is expected to be timely. Consistent with LCR 7(k), Plaintiff is filing her Motion for Sanction in accordance with the local rules, even though the hearing date will be different than that of the King County Defendants' Motion for Remand. Because of the overlapping factual and legal issues presented in both Motions, it would be an efficient and just use of the District Court's resources to hear both Motions at the same time.

### IV. CONCLUSION

For the foregoing reasons, the Plaintiff respectfully requests that the District Court grant Plaintiff's Motion to provide relief from the District Court's deadlines and consolidate the hearings of the King County Defendants' Motion for Remand and Plaintiff's Motion for Sanctions.

A Proposed Order is enclosed with this Motion.

/////
/////
/////

---

MOTION FOR RELIEF FROM DEADLINE AND TO CONSOLIDATE MOTIONS
Case No.: 3:21-CV-05163-RSM
[PAGE 4 of 6]

**Possinger Law Group**
A Professional Limited Liability Company

20250 144th Avenue NE, Suite 205
Woodinville, Washington 98072
206-512-8030

1  /////

2  /////

3  Respectfully submitted, this April 8, 2021

POSSINGER LAW GROUP, PLLC

 /s/ Jeffrey Possinger
Jeffrey Possinger, WSBA #30854
Attorney for Plaintiff
20250 144th Avenue, Suite 205
Woodinville, WA 98072
(t) 206-512-8030
(f) 206-569-4792
jeffrey.possinger@possingerlaw.com

MOTION FOR RELIEF FROM DEADLINE AND TO CONSOLIDATE MOTIONS
Case No.: 3:21-CV-05163-RSM
[PAGE 5 of 6]

Possinger Law Group
A Professional Limited Liability Company

20250 144th Avenue NE, Suite 205
Woodinville, Washington 98072
206-512-8030

# CERTIFICATE OF SERVICE

I certify that on the date shown below a copy of this Response was sent as stated below.

| | |
|---|---|
| Amy E. Montgomery, WSBA #32068<br>Senior Deputy Prosecuting Attorney<br>King County Prosecuting Attorney<br>500 Fourth Avenue, Suite 900<br>Seattle, Washington 98104<br>Amy.montgomery@kingcounty.gov<br>Attorney for King County Defendants | [X] via eFiling/Email<br>[ ] via Messenger<br>[ ] via US Mail<br>[ ] via Fax |
| Cheryl A. Zakrzewski, WSBA #15906<br>Chad R. Barnes, WSBA #30480<br>Office of the City Attorney<br>450 110th Avenue NE<br>P.O. Box 90012<br>Bellevue, Washington  98004<br>czakrzewski@bellevuewa.gov<br>cbarnes@bellevuewa.gov<br>Attorneys for Defendant City of Bellevue | [X] via eFiling/Email<br>[ ] via Messenger<br>[ ] via US Mail<br>[ ] via Fax |
| Jennifer Stacy, WSBA #30754<br>Senior Deputy Prosecuting Attorney<br>King County Prosecuting Attorney<br>King County Courthouse<br>516 Third Avenue, Room W400<br>Seattle, Washington  98104<br>Jennifer.stacy@kingcounty.gov<br>Attorney for King County Hearing Examiner | [X] via eFiling/Email<br>[ ] via Messenger<br>[ ] via US Mail<br>[ ] via Fax |

DATED this ___8th__ day of ___April____, 2021.

    s/ David Selka_____
    David Selka
    Paralegal

---

MOTION FOR RELIEF FROM DEADLINE AND TO CONSOLIDATE MOTIONS
Case No.: 3:21-CV-05163-RSM
[PAGE 6 of 6]

**Possinger Law Group**
A Professional Limited Liability Company

20250 144th Avenue NE, Suite 205
Woodinville, Washington 98072
206-512-8030